# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**ELYSE DORMAN,**<br><br>Defendant. | CASE NO.:  21CR0809-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing currently scheduled for April 23, 2021, at 1:30 p.m., be continued to May 28, 2021, at 1:30 p.m.

For the reasons set forth in the parties' joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Time is excludable under the Speedy Trial Act in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv).

**IT IS SO ORDERED**.

Dated:  April 21, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge